**Order entered February 8, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00607-CV

### EX PARTE TIMOTHY PAUL REIFF

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. X20-285-U**

### ORDER

Before the Court is appellee's February 4, 2021 unopposed first motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** the brief be filed no later than March 10, 2021.

/s/    ROBERT D. BURNS, III
           CHIEF JUSTICE